■ In the Matter of MILAGROS C., an Infant. ROSA R., Appellant. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent. [993 NYS2d 502]—

Order of fact-finding and disposition (one paper), Family Court, Bronx County (Joan L. Piccirillo, J.), entered on or about November 15, 2013, which, inter alia, determined that respondent mother abused the subject child, unanimously affirmed, without costs.

Abuse was made out by a preponderance of the credible evidence establishing that the child informed the mother of the sexual abuse by the child's brother, and that the child made statements to several people that, on one occasion, the mother walked in on them as her brother was forcing her to engage in sexual activity with him (*see Matter of Jaquay O.*, 223 AD2d 422 [1st Dept 1996], *lv denied* 88 NY2d 801 [1996]). The court properly exercised its discretion in finding that the child's out-of-court statements were corroborated by the brother's guilty plea to criminal sexual act in the third degree, as well as the detail, consistency and specificity of the child's statements to numerous individuals (*see* Family Ct Act § 1046 [a] [vi]; *Matter of Nicole V.*, 71 NY2d 112, 119-120 [1987]). Concur—Friedman, J.P., Moskowitz, Feinman, Gische and Kapnick, JJ.